UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.

RYAN JOHNSTON,

      Defendant.
_____

1:24-CR-09-RJA

**SUPPLEMENTAL SENTENCING MEMORANDUM**

      Ryan Johnston will stand before this Court for Sentencing on August 21, 2024. Please find attached to this Supplemental Sentencing Memorandum the following exhibit for the Court's consideration:

Exhibit A: Letter from Ryan Johnston, Defendant.

      **DATED**:      Buffalo, New York, August 9, 2024

      Respectfully submitted,

      **/s/ Brian P. Comerford**
      Brian P. Comerford
      Supervisory Assistant Federal Public Defender
      Federal Public Defender's Office
      300 Pearl Street, Suite 200
      Buffalo, New York 14202
      (716) 551-3341, (716) 551-3346 (Fax)
      brian_comerford@fd.org
      *Counsel for Defendant – Ryan Johnston*